United States Court of Appeals

For the Eighth Circuit

_____

No. 22-2267
_____

United States of America

*Plaintiff - Appellee*

v.

Victor Alberto Elias-Rodriguez

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: November 7, 2022
Filed: November 10, 2022
[Unpublished]
_____

Before LOKEN, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Victor Elias-Rodriguez appeals the sentence imposed by the district court[1] after he pleaded guilty to production of child pornography. His counsel has moved to

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the sentence is not substantively unreasonable, as the court did not commit a clear error of judgment in weighing the appropriate sentencing factors, <u>see</u> <u>United States v. Garcia</u>, 946 F.3d 413, 419 (8th Cir. 2019); and the sentence is below the Guidelines range, <u>see</u> <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____